| | |
|---|---|
| JONATHAN K. WALDROP (SBN: 297903)<br>jwaldrop@kasowitz.com<br>KASOWITZ BENSON TORRES LLP<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, California 94065<br>Tel: (650) 453-5170<br>Fax: (650) 453-5171<br><br>JEFFREY J. TONEY<br>jtoney@kasowitz.com<br>RALPH E. GASKINS<br>rgaskins@kasowitz.com<br>RODNEY R. MILLER<br>rmiller@kasowitz.com<br>KASOWITZ BENSON TORRES LLP<br>1349 West Peachtree Street, N.W., Suite 1500<br>Atlanta, Georgia 30309<br>Tel: (404) 260-6080<br>Fax: (404) 260-6081<br><br>*Attorneys for Plaintiff DXO LABS SAS* | JASON MCDONELL (SBN 115084)<br>jmcdonell@jonesday.com<br>MARCUS S. QUINTANILLA (SBN 205994)<br>mquintanilla@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700<br><br>JACQUELINE K. S. LEE (SBN 247705)<br>jkslee@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: (650) 739-3939<br>Facsimile: (650) 739-3900<br><br>Attorneys for Defendants<br>MARVELL INTERNATIONAL LTD. AND<br>MARVELL SEMICONDUCTOR, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DXO LABS SAS,<br><br>        Plaintiff,<br><br>v.<br><br>MARVELL INTERNATIONAL LTD. and<br>MARVELL SEMICONDUCTOR, INC.<br><br>        Defendants. | Case No. 5:17-cv-2927<br><br>Action Filed: May 22, 2017<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

WHEREAS, Plaintiff DxO Labs SAS ("Plaintiff") filed this action for breach of contract against Marvell International Ltd. and Marvell Semiconductor, Inc. (collectively, "Defendants"); and

WHEREAS, on December 5, 2017, Plaintiff and Defendants and their respective counsel of record participated in a settlement meeting between the Parties and their counsel mediated by U.S. Magistrate Judge Jacqueline Scott Corley; and

WHEREAS, the Parties have entered into a written Settlement Agreement, effective December 20, 2017;

THEREFORE, PLAINTIFF AND DEFENDANT HEREBY STIPULATE, by and through their respective counsel of record, pursuant to Federal Rules of Civil Procedure 41(a)(1), to dismiss the above-captioned matter with prejudice. This stipulation and dismissal completely terminates the above-entitled action. Each party will bear its own attorneys' fees and costs. The parties hereto also request, and Magistrate Judge Corley has agreed, that Magistrate Judge Corley—or in the event of her unavailability, another judge or magistrate as designated by the then-Chief Magistrate Judge of the District Court for the Northern District of California—retain jurisdiction in order to enforce the terms and conditions of the Settlement Agreement.

Dated: January 3, 2018

KASOWITZ BENSON TORRES LLP
By: */s/ Jeffrey J. Toney*
     Jeffrey J. Toney

JEFFREY J. TONEY (*Pro Hac Vice*)
jtoney@kasowitz.com
RALPH E. GASKINS (*Pro Hac Vice*)
rgaskins@kasowitz.com
RODNEY R. MILLER (*Pro Hac Vice*)
rmiller@kasowitz.com
1349 West Peachtree Street, N.W.
Suite 1500
Atlanta, Georgia 30309
Tel. (404) 260-6080
Fax. (404) 260-6081

JONATHAN K. WALDROP (SBN: 297903)
jwaldrop@kasowitz.com
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| 1 | Tel: (650) 453-5170 |
| | Fax: (650) 453-5171 |
| 2 | |
| | *Attorneys for Plaintiff DXO LABS SAS* |
| 3 | Dated: January 3, 2018  JONES DAY |
| | By:  */s/ Jason McDonell* |
| 4 | Jason McDonell |
| 5 | JASON MCDONELL (SBN 115084) |
| | jmcdonell@jonesday.com |
| 6 | MARCUS S. QUINTANILLA (SBN 205994) |
| | mquintanilla@jonesday.com |
| 7 | JONES DAY |
| | 555 California Street, 26th Floor |
| 8 | San Francisco, CA 94104 |
| | Telephone:     (415) 626-3939 |
| 9 | Facsimile:     (415) 875-5700 |
| 10 | JACQUELINE K. S. LEE (SBN 247705) |
| | jkslee@jonesday.com |
| 11 | JONES DAY |
| | 1755 Embarcadero Road |
| 12 | Palo Alto, CA 94303 |
| | Telephone:    (650) 739-3939 |
| 13 | Facsimile:    (650) 739-3900 |
| 14 | |
| 15 | Attorneys for Defendants |
| | MARVELL INTERNATIONAL LTD. AND |
| 16 | MARVELL SEMICONDUCTOR, INC. |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

- 3 -

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DXO LABS SAS,<br><br>    Plaintiff,<br><br>v.<br><br>MARVELL INTERNATIONAL LTD. and MARVELL SEMICONDUCTOR, INC.<br><br>    Defendants. | Case No. 5:17-cv-2927<br><br>Action Filed: May 22, 2017<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

**ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The action is hereby DISMISSED WITH PREJUDICE pursuant to F.R.C.P. 41(a)(1),

2. Each party shall bear its own costs and attorneys' fees.

3. Magistrate Judge Jacqueline Scott Corley—or in the event of her unavailability, another judge or magistrate as designated by the then-Chief Magistrate Judge of the District Court for the Northern District of California—shall retain jurisdiction of this matter in order to enforce the terms of the December 20, 2017 Settlement Agreement.

It is so ordered.

Date: January 4, 2018



**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

- 4 -

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was transmitted via electronic service on this 3rd day of January 2018, to:

JASON MCDONELL (SBN 115084)
jmcdonell@jonesday.com
MARCUS S. QUINTANILLA (SBN 205994)
mquintanilla@*jonesday*.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

JACQUELINE K. S. LEE (SBN 247705)
jkslee@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900

Attorneys for Defendants
MARVELL INTERNATIONAL LTD. AND
MARVELL SEMICONDUCTOR, INC.

*/s/ Jeffrey J. Toney*
Jeffrey J. Toney